PER CURIAM.

(No. 74-CC-891— )

FLORENCE V. VON BERGEN, RAYMOND A. VON BERGEN, AND FEDERAL LAND BANK OF ST. LOUIS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed February 28, 1975.*

FLORENCE V. VON BERGEN, RAYMOND A. VON BER-

GEN AND FEDERAL LAND BANK OF ST. LOUIS, Claimants, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.